**STANLEY I. GREENBERG**
**A LAW CORPORATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/29/2021__

11845 WEST OLYMPIC BOULEVARD
SUITE 1000
LOS ANGELES, CA 90064-5024
www.stanleygreenberg.com

Cell: (310) 849-3032
Email: stanmanlaw@aol.com

November 23, 2021

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *USA v. Raja Aamir Shahzad*
      Criminal Case No. 21CR72

Dear Judge Torres:

   The purpose of this letter is to request permission for my client, Raja Aamir Shahzad, to be allowed to travel internationally to Pakistan to be with his ailing father who was recently diagnosed with a brain tumor and is scheduled for surgery on January 18, 2022. Attached is a letter dated November 21, 2021, from Neurosurgeon Shahzad Shams in Pakistan, stating Mr. Shahzad's father has a brain tumor and surgery has been scheduled.

   Mr. Shahzad's proposed itinerary departs New York on Friday, January 7, 2022 with a returning flight to New York on Friday, January 28, 2022, a 20 day trip. He will be staying at his father's house located at Village and post office Puran, Tehsil Saraialamgir District Gujrat.

   I have discussed this matter with the Assistant United States Attorneys assigned in the Central District of California, Sara Milstein and Catherine Richmond, who have authorized me to advise the Court that the government has no objection to this proposed travel on those dates.

The Honorable Analisa Torres
United States District Judge
November 23, 2021
Page 2

    I have also discussed this matter with the Assistant United States Attorney assigned to this matter in the Southern District of New York, Patrick Moroney, who has authorized me to advise the court that the government has no objection to this proposed travel on those dates.

    I have also discussed this matter with United States Probation Officer Zondra Jackson of the Southern District of New York. She advised that Mr. Shahzad has been in full compliance with all conditions imposed by the court; and was assigned to their district's Low Intensity Caseload on July 9, 2021. Mr. Shahzad has and will provide his probation officer with a complete travel itinerary, as well as the location where he will be staying while in Pakistan.

Respectfully submitted,

*s/Stanley I. Greenberg*
Stanley I. Greenberg, Esq.
Counsel for Mr. Raja Aamir Shahzad

Cc:    AUSA Sara Milstein
       AUSA Catherine Richmond
       AUSA Patrick Moroney
       Probation Officer Zondra Jackson (SDNY)

GRANTED.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge